

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00174-CV

Paul Douglas Lauterbach
v.
Christine Ann Lauterbach

On Appeal from the
267th District Court of Calhoun County, Texas
Trial Court Cause No. 2020-FAM-3918-DC

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed as modified in part and reversed in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED AS MODIFIED IN PART and REVERSED IN PART, and the case is REMANDED for further proceedings consistent with its opinion. Each party shall bear their own costs incurred.

We further order this decision certified below for observance.

June 2, 2022